UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEODIS USA, LLC,<br><br>        **Plaintiff,**<br><br>  -against-<br><br>TURN 5, INC.,<br><br>        **Defendant.** | 23-cv-8671 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Defendant Turn 5, Inc. is ordered to answer or otherwise respond to the Complaint by January 23, 2024.

**SO ORDERED.**

**Dated:**  January 9, 2024

  New York, New York           ANDREW L. CARTER, JR.
                        United States District Judge