

**KMA Zuckert LLP**
1350 Broadway, Suite 2410
New York, New York 10018
+1.212.922.0450 Main
www.kmazuckert.com

**Terrance D. Lanier**
+1.212.991.5924 Direct
tlanier@kmazuckert.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 08/28/2024

August 27, 2024

**VIA ECF**

Hon. Andrew L. Carter, Jr., United States Magistrate Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

> RE:    **Geodis USA, LLC v. Turn 5, Inc.**
>         **Civil Action No. 1:23-cv-08671(ALC)**

Dear Judge Carter, Jr.:

Plaintiff, GEODIS USA, LLC, and Defendant, TURN 5, INC., by and through their respective counsel, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, met on Wednesday, July 31, 2024, held subsequent meetings, and exchanged communications thereafter. The Parties hereby file the proposed Case Management Plan and Scheduling Order, attached hereto as **Exhibit 1**.

Dated: New York, New York

August 27, 2024

The Court approves the case management schedule proposed by the parties and will enter the order accordingly. The Court finds no need for an initial pretrial conference unless any party specifically requests to hold one.

SO ORDERED:

08/28/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**KMA ZUCKERT LLP**

By: /s/*Terrance D. Lanier*
David Y. Loh
Terrance D. Lanier
1350 Broadway, Suite 2410
New York, New York 10018
Ph: +1.212.922.0450
Fax: +1.212.922.0530
dloh@kmazuckert.com
tlanier@kmazuckert.com
*Attorneys for Plaintiff*



Hon. Andrew L. Carter, Jr.
August 27, 2024
Page 2

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on this 27th day of August, I electronically

filed the foregoing document with the Clerk of Court for the Southern District of New York via

the Court's CM/ECF/ I also certify that the foregoing document is being served this day upon:


TO:    Mary T. Reilly
       James D. Kleiner
       **HILL BETTS & NASH LLP**
       14 Wall Street, Suite 5H
       New York, New York 10005
       T: (212) 589-7517
       mreilly@hillbetts.com
       jkleiner@hillbetts.com
       *Attorneys for Defendant*


Dated: New York, New York             */s/ Terrance D. Lanier*_____
August 27, 2024                        Terrance D. Lanier