```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEODIS USA, LLC,                           :
                                           :    23-CV-8671 (ALC) (RWL)
                          Plaintiff,       :
                                           :
            - against -                    :    ORDER
                                           :
                                           :
TURN 5, INC.,                              :
                                           :
                          Defendant.       :
                                           :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on June 26, 2025, Geodis shall complete production of all documents already agreed to be produced up to the date of the conference, as well as the documents the Court ordered be produced at the conference, by **July 24, 2025**.  Other orders as directed on the record.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 40.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1